1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
   Assistant United States Attorney
4  150 Almaden Blvd., Suite 900
   San Jose, California 95113
5  Tel: (408) 535-5087 / Fax: (408) 535-5081
   Email: michael.t.pyle@usdoj.gov
6
7  Attorneys for Federal Defendants

8  MICHAEL W. STEBBINS, SBN 138326
   MARC G. VAN NIEKERK, SBN 201329
9  SILICON VALLEY LAW GROUP
   25 Metro Drive, Suite 600
10 San Jose, CA 95110
   Telephone: (408) 573-5700
11 Facsimile:  (408) 573-5701
   Email: mws@svlg.com; mvn@svlg.com
12
13 Attorneys for Defendant AREVA, INC.

14 Al Zeiny
   Plaintiff, Pro Se
15 20471 William Avenue
   Saratoga, CA 95070-5427
16 Telephone: (408) 458-0240

17                UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
19                     SAN JOSE DIVISION

20
21 AL ZEINY,                           Case No. CV 13-1220 EJD
        Plaintiff,
22                                     **STIPULATION AND [PROPOSED]
        v.                             ORDER CONITINUING CMC AND
23                                     RELATED DATES**
   UNITED STATES OF AMERICA, et al.,
24
        Defendants.
25
26
27
28 STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RELATED DATES
   CV 13-1220 EJD                           1

1  The parties stipulate, subject to the Court's approval, to continue the Case Management
2  Conference scheduled for September 20, 2013 and the related dates (CMC statement due
3  September 13, 2013 and last day to meet and confer re: initial disclosures, early settlement, ADR
4  process selection, and discovery plan; last day to file Joint ADR Process or Notice of Need for
5  ADR Phone Conference) to a date to be set in the Court's ruling on the pending motions to
6  dismiss filed by defendants.  These motions to dismiss (Docket Nos. 9 & 14) were taken under
7  submission on August 13, 2013.  *See* Docket No. 28.  The parties would like to save the time and
8  resources for the Case Management Conference and related dates until after the Court rules on
9  the pending motions to dismiss.  Furthermore, the parties believe it would be most efficient to
10 have the benefit of the Court's ruling on the motions to dismiss in advance of the Case
11 Management Conference and the related dates.
12     The Court previously continued the Case Management Conference and the related dates.
13 *See* Docket No. 18.

Dated: August 27, 2013                    Respectfully submitted,

                                          MELINDA HAAG
                                          UNITED STATES ATTORNEY

                                          /s/ *Michael T. Pyle*
                                          By: MICHAEL T. PYLE
                                          Assistant U.S. Attorney
                                          Attorneys for Federal Defendants

                                          SILICON VALLEY LAW GROUP

                                          /s/ *Michael W. Stebbins*
                                          By: MICHAEL W. STEBBINS
                                          Attorneys for Defendant AREVA, INC.


                                          /s/ *Dr. Al Zeiny*
                                          By: DR. AL ZEINY
                                          Plaintiff, Pro se

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court hereby vacates the Case Management Conference scheduled for September 20,

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RELATED DATES
CV 13-1220 EJD                             2

1  2013 and the related dates.  The Court will schedule a Case Management Conference and the
2  related dates in its ruling on the pending motions to dismiss or in another document prepared
3  after the Court rules on the pending motions to dismiss.

Dated:   8/28/2013

_____
Hon. Edward J. Davila
United States District Judge

STIPULATION AND [XXXXXXX] ORDER CONTINUING CMC AND RELATED DATES
CV 13-1220 EJD                                        3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AL ZEINY,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, ET AL.

        Defendant.
_____/

Case Number: CV13-01220 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Al Zeiny
20471 William Avenue
Saratoga, CA 95070-5427

Dated: August 28, 2013

                      Richard W. Wieking, Clerk
                      /s/ By: Elizabeth Garcia, Deputy Clerk